Argued and submitted January 23, affirmed November 6, 2002

ANTONIO SILVA,
*Appellant,*

*v.*

Joan PALMATEER,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

98C-21282; A112618

56 P3d 963

R. Brooke Holstedt argued the cause and filed the brief for appellant.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Landau, Presiding Judge, and Deits, Chief Judge, and Brewer, Judge.

PER CURIAM

## PER CURIAM

Petitioner was convicted of attempted murder, assault in the second degree, and menacing. Pursuant to ORS 161.725, the sentencing court found him to be a dangerous offender and imposed a 24-year sentence, with a 90-month minimum, on the attempted murder conviction and a concurrent 70-month sentence on the assault conviction. In his petition for post-conviction relief, petitioner alleges that the dangerous offender sentence is unlawful under *Apprendi v. New Jersey*, 530 US 466, 120 S Ct 2348, 147 L Ed 2d 435 (2000). He also alleges that his trial and appellate counsel failed to provide constitutionally adequate assistance of counsel in various respects.

Petitioner's *Apprendi* claim is controlled by our decision in *Teague v. Palmateer*, 184 Or App 577, 57 P3d 176 (2002). As to the balance of his claims, we affirm without discussion.

Affirmed.